**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PEOPLES SECURITY BANK & TRUST    :   No. 770 MAL 2017
SUCCESSOR BY MERGER TO PENN    :
SECURITY BANK & TRUST CO.,    :
                           :   Petition for Allowance of Appeal from
           Respondent    :   the Order of the Superior Court
                           :
                           :
           v.               :
                           :
                           :
ROBERT A. FRITZ,    :
                           :
           Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.